# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Sanberg, Katheen H. | U.S. Bankruptcy Court, District of minnesota | 06/10/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Judge | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

8W
301 U.S. Courthouse
300 S. 4th St.
Minneapolis, MN

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Trustee | Revocable Trust 1 |
| 2. | Co-Trustee | Revocable Trust 2 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2020 | State of Minnesota statutory fixed retirement payments | $15,198.84 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | Ignitus LLC Compensation |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sanberg, Katheen H. | 06/10/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sanberg, Katheen H. | 06/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. First Eagle Overseas Fund SGOVX | A | Int./Div. | | | Sold | 06/05/20 | K | C | |
| 2. Scwab Fundamental US Large Cp SFLNX | B | Int./Div. | L | T | Sold (part) | 06/05/20 | J | B | |
| 3. IShares TR Russell 1000 ETF IWB | A | Dividend | J | T | Sold (part) | 06/05/20 | J | B | |
| 4. Champlain Small Cap CIPSX | A | Int./Div. | J | T | | | | | |
| 5. American Fds Growth GFAFX | A | Int./Div. | | | Sold | 06/05/20 | L | C | |
| 6. Russell Er. Mkts. REMSX | A | Int./Div. | | | Sold (part) | 01/14/20 | J | A | |
| 7. | | | | | Sold (part) | 05/21/20 | K | C | |
| 8. | | | | | Sold | 11/20/20 | K | B | |
| 9. Russsell Global Opp Credit S RGCSX | B | Int./Div. | | | Buy (add'l) | 01/07/20 | J | | |
| 10. | | | | | Buy (add'l) | 06/05/20 | J | | |
| 11. | | | | | Sold | 11/20/20 | L | D | |
| 12. Vanguard Short Term Investment Grade Admiral CL VFSUX | D | Int./Div. | M | T | | | | | |
| 13. Vanguard Balanced Index Admiral CL VBIAX | C | Int./Div. | L | T | | | | | |
| 14. Windrider International LLC Note | A | Int./Div. | J | T | | | | | |
| 15. Vanguard Federal Money Market Fund (Settlement Fund) | A | Int./Div. | J | T | | | | | |
| 16. Cohen & Steers Realty Shares CSRSX | A | Int./Div. | | | Buy (add'l) | 01/07/20 | J | | |
| 17. | | | | | Buy (add'l) | 06/05/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sanberg, Katheen H. | 06/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | | | | | | Sold | 11/20/20 | K | C | |
| 19. | American Fd EuPa Gwth Fd CL F1 AEGFX | B | Int./Div. | | | Sold<br>(part) | 06/05/20 | K | C | |
| 20. | | | | | | Sold | 11/20/20 | K | C | |
| 21. | IShares Russell 2000 ETF IWM | A | Int./Div. | K | T | Buy<br>(add'l) | 03/25/20 | J | | |
| 22. | | | | | | Sold<br>(part) | 11/20/20 | K | C | |
| 23. | Pimco Income Instl PIMIX | A | Int./Div. | K | T | Buy | 11/20/20 | K | | |
| 24. | IShares MSCI EAFE ETF EFA | A | Dividend | K | T | Sold<br>(part) | 07/30/20 | J | B | |
| 25. | Vanguard 500 Index Admiral VFIAX | | | | | Sold<br>(part) | 05/29/20 | K | C | |
| 26. | Franklin MN Tax Free INCM FD CL A<br>FMINX | C | Dividend | L | T | | | | | |
| 27. | Western Asset Core Plus WACPX | D | Dividend | M | | Buy<br>(add'l) | 01/07/20 | J | | |
| 28. | Am Fds Wash Mut Fd FWMIX | B | Int./Div. | L | T | Sold<br>(part) | 06/05/20 | K | C | |
| 29. | Vanguard Targ. Ret 2030 VTHRX | A | Int./Div. | | | | | | | |
| 30. | Vanguard Fed. Money Mkt F VIMFXX | A | Int./Div. | | | | | | | |
| 31. | Am. Fds. Europac Gr F3 AEGFX | A | Dividend | | | Sold<br>(part) | 06/05/20 | K | C | |
| 32. | | | | | | Sold | 11/20/20 | K | D | |
| 33. | Wells Fargo Sp Sm Cap Val Inst ESPNX<br>(X) | A | Dividend | | | Buy | 01/07/20 | J | | |
| 34. | | | | | | Sold | 06/05/20 | K | C | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sanberg, Katheen H. | 06/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Wells Fargo Adv. MN NWMIX (X) | A | Dividend | | | Buy | 01/07/20 | J | | |
| 36. | | | | | Sold | 06/05/20 | K | C | |
| 37. Am Fds US Gov Sec F1 UGSFX | A | Dividend | | | Buy (add'l) | 06/05/20 | J | | |
| 38. | | | | | Buy (add'l) | 08/07/20 | K | | |
| 39. | | | | | Sold | 11/20/20 | L | D | |
| 40. Am Fds US Gov Sec F3 USGFX (X) | B | Dividend | | | Buy | 06/05/20 | L | | |
| 41. | | | | | Sold (part) | 03/25/20 | K | D | |
| 42. | | | | | Sold | 11/20/20 | M | D | |
| 43. IShares CORE EAFE IEFA (X) | A | Int./Div. | J | T | Buy | 06/05/20 | J | | |
| 44. IShares Core S&P 500 IVV (X) | B | Int./Div. | M | T | Buy | 01/07/20 | J | | |
| 45. | | | | | Buy (add'l) | 03/25/20 | J | | |
| 46. | | | | | Buy (add'l) | 06/05/20 | J | | |
| 47. | | | | | Buy (add'l) | 11/20/20 | J | | |
| 48. | | | | | Buy (add'l) | 12/15/20 | J | | |
| 49. | | | | | Sold (part) | 06/05/20 | K | C | |
| 50. Blackrock Total Return Instl MAHQX (X) | A | Dividend | M | T | Buy | 11/20/20 | M | | |
| 51. JPMorgan Ermer Mkt JMIEX (X) | A | Int./Div. | L | T | Buy | 05/21/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sanberg, Katheen H. | 06/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Blackrock Tech Opp Instl BGSIX (X) | | None | L | T | Buy | 11/20/20 | L | | |
| 53. Amer Funds Europac Growth FEUPX (X) | B | Int./Div. | K | T | Sold | 11/20/20 | K | C | |
| 54. Blackrock Fds Income Fd Instl BMSIX (X) | | None | L | T | Buy | 11/20/20 | L | | |
| 55. Blackrock Mid-Cap Gr Equ. CMGIX (X) | | None | K | T | Buy | 11/20/20 | K | | |
| 56. Deluxe Corp DLX (X) | | None | | | Buy | 04/13/20 | J | | |
| 57. | | | | | Sold | 04/13/20 | J | B | |
| 58. Ecolab Inc. ECL (X) | | None | | | Buy | 03/23/20 | J | | |
| 59. | | | | | Sold | 03/27/20 | K | B | |
| 60. NVENt Energy NVT (X) | | None | | | Buy | 03/23/20 | J | | |
| 61. | | | | | Sold | 03/27/20 | J | A | |
| 62. VNGRD VDE (X) | | None | | | Buy | 05/18/20 | J | | |
| 63. | | | | | Sold | 05/29/20 | J | A | |
| 64. Wald Disney Co | | None | | | Buy | 03/18/20 | J | | |
| 65. | | | | | Sold | 04/13/20 | J | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sanberg, Katheen H. | 06/10/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

As the Revocable Tusts #1 and #2 are included in the assets and transactions reported and there are no other beneficiaries, I have reported not reported them by name of account but individually. Other than the investments reported in VII, the other assets of the trusts are not reportable (home).

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Katheen H. Sanberg**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544